[No. 72111-9-I.  Division One.  September 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TYRA ELEANOR SCHY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-00431-8, Marybeth Dingledy, J., entered June 30, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[No. 72129-1-I.  Division One.  September 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVE MICHAEL MAAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-00820-6, Michael T. Downes, J., entered June 26, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[Nos. 72146-1-I; 72647-1-I.  Division One.  September 21, 2015.]

ALBERTA ACOSTA, *Appellant*, v. PARC ENCHANTED PARKS, LLC, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 13-2-26470-6, Bill Bowman, J., entered May 30, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 72246-8-I.  Division One.  September 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL R. RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-01781-9, James D. Cayce, J., entered July 17, 2014. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Dwyer and Leach, JJ. Now published at 190 Wn. App. 731.